IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION AT MEMPHIS

_____

|  |  |  |
|---|---|---|
| **MASUDUR RAHMAN** and | ) | No. 2:11-cv-03100-STA-dkv |
|  | ) |  |
| **MOHAMED ZAGHLOUL,** | ) | Hon. Judge Thomas Anderson |
| Plaintiffs, | ) |  |
|  | ) |  |
| V. | ) | JURY DEMAND |
|  | ) |  |
| **DELTA AIR LINES, INC.** and | ) |  |
| **ATLANTIC SOUTHEAST** | ) |  |
| **AIRLINES, INC.,** | ) |  |
| Defendants. | ) |  |

_____

**STIPULATION OF DISMISSAL**
_____

   **COME NOW** Plaintiffs and Defendants, by and through undersigned counsel, pursuant to Local Rule 83.13(a), after having reached a settlement agreement with respect to each of the above-referenced Plaintiffs as to both named Defendants, the parties hereby advise the Court as follows:

   Plaintiffs in the above-entitled case, by and through their undersigned attorneys of record, hereby advise the Court that all claims in this matter have been settled, satisfied, and compromised. Plaintiffs, therefore, respectfully ask that the Court dismiss the Complaint in this case with prejudice as to both named Defendants, with no assessment of costs or fees against Defendants.

A proposed Order of Dismissal is attached hereto.

**WHEREFORE,** Plaintiffs and Defendants stipulate to this Order of Dismissal and Plaintiffs hereby respectfully ask that this case be dismissed with prejudice as to both named Defendants.

Respectfully submitted,

UNITED FIRM OF CAROLINA LAW

**s/ Mo Idlibby**
Mo Idlibby
5500 Executive Center Drive, Suite 223
Charlotte, NC 28212
Telephone: 704.375.1025
mo@ufclaw.com
Attorneys for the Plaintiffs


**s/ Gadeir Abbas**
Gadeir I. Abbas
Council on American-Islamic Relations
453 New Jersey Avenue, SE
Washington, DC 20003
Telephone: 720.251.0425
gabbas@cair.com
Attorney for the Plaintiffs



MOZLEY, FINLAYSON & LOGGINS, LLP

**s/ J. Arthur Mozley**
J. Arthur Mozley
One Premier Plaza
5605 Glenridge Drive, Suite 990
Atlanta, GA 30342
Telephone: 404.256.0700
amozley@mfllaw.com

Attorneys for Defendant, Atlantic
Southeast Airlines, Inc., currently
known as ExpressJet Airlines, Inc.

FARGARSON & BROOKE

**s/ Robert M. Fargarson**

Robert M. Fargarson
254 Court Avenue, Suite 300
Memphis, TN 38173
Telephone: 901.523.2500
rfargarson@fandblaw.com
Of Counsel Attorneys for Defendant,
Atlantic Southeast Airlines, Inc.,
currently known as ExpressJet Airlines,
Inc.

PETKOFF AND FEIGELSON

**s/ David I. Feigelson**

David I. Feigelson
Washington Courtyard
305 Washington Avenue, Suite 201
Memphis, TN 38103
Telephone: 901.523.1050
dfeigelson@pf-law.net
Attorneys for Defendant, Delta Air
Lines, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 30, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Respectfully submitted,

UNITED FIRM OF CAROLINA LAW

**s/ Mo Idlibby**
Mo Idlibby
5500 Executive Center Drive, Suite 223
Charlotte, NC 28212
Telephone: 704.375.1025
mo@ufclaw.com
Attorneys for the Plaintiffs